PETITION OF DARBY BROWN.

No. 12247.
Decided March 22, 1972.
495 P.2d 202.

ORDER

PER CURIAM.

It appearing that the Petition of Darby Brown for a writ of habeas corpus or some other appropriate writ is based upon alleged facts and circumstances appearing in the district court of the Eighth Judicial District in and for Cascade County, we hereby order the petition filed in that court for determination and disposition.

STATE OF MONTANA EX REL. STEVEN THORSNESS, RELATOR, v. THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF PARK, AND THE HONORABLE JACK D. SHANSTROM, JUDGE PRESIDING, RESPONDENT.

No. 12256.
April 4, 1972.
495 P.2d 202.

ORDER

PER CURIAM.

Original proceeding. Relator herein sought an appropriate writ to require the district court to certify the records and proceedings in cause 1926, State of Montana, Plaintiff v. Steven Thorsness, Defendant, now pending in the district court of Park County, so they may be reviewed and said district court be required to annul, vacate and reverse certain orders in said cause made and entered.

Counsel for Relator was heard ex parte and the matter taken under advisement; and the Court having now considered the petition, exhibits, and oral presentation.

Ordered that the relief requested be, and it hereby is, denied.

The proceeding is dismissed.